United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE, CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 20-CV-05167 |
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 20-CV-05169 <br><br> **ORDER ADOPTING PREVIOUS ORDERS AND DELEGATING PRO HAC VICE MOTIONS** |

On August 19, 2020, Chief Circuit Judge Sidney R. Thomas convened a three-judge court ("Court") to hear these matters pursuant to 28 U.S.C. § 2284. *See* 5:20-CV-05167, ECF No. 56; 5:20-CV-05169, ECF No. 22. Section 2284(b)(3) provides that "[a] single judge may conduct all proceedings except the trial, and enter all orders permitted by the rules of civil procedure" save for

1

exceptions not yet relevant here. Nonetheless, to avoid any doubt, the Court adopts the orders previously entered in these matters, including the order to relate the matters (5:20-CV-05167, ECF No. 43), and the case management orders setting case schedules (5:20-CV-05167, ECF No. 50, and 5:20-CV-05169, ECF No. 18).

The Court also grants to Judge Koh the authority to act on the Court's behalf on any pro hac vice motions filed in these matters.

**IT IS SO ORDERED.**

Dated: August 21, 2020

_____/s/_____
RICHARD R. CLIFTON
United States Circuit Judge


_____/s/_____
LUCY H. KOH
United States District Judge


_____/s/_____
EDWARD M. CHEN
United States District Judge