|  | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 9 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

STATE OF CALIFORNIA; et al.,

        Plaintiffs-Appellees,

v.

DONALD J. TRUMP; et al.,

        Defendants-Appellants.

No.   20-17105

D.C. No. 5:20-cv-05169-LHK
Northern District of California,
San Jose

ORDER

Appellants' unopposed motion (Docket Entry No. 8) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until resolution of *Trump v. City of San Jose*, Sup. Ct. Dkt. No. 20-561, or until further order of this court.

Appellants shall file a status report on February 8, 2021 and every 90 days thereafter while resolution of *Trump v. City of San Jose* is pending. Status reports should include any change in the status of *Trump v. City of San Jose* and the estimated date of resolution, if known.

Appellants shall notify the court by filing a status report within 7 days of the resolution of *Trump v. City of San Jose*.

Failure to file a status report may terminate the stay of appellate proceedings.

The briefing schedule will be reset in a future order.

GS 11/02/2020/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7