UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE, CALIFORNIA, et al., <br>                 Plaintiffs, <br> v. <br> DONALD J. TRUMP, et al., <br>                 Defendants. | No. 20-CV-05167-RRC-LHK-EMC |
| STATE OF CALIFORNIA, et al., <br>                 Plaintiffs, <br> v. <br> DONALD J. TRUMP, et al., <br>                 Defendants. | No. 20-CV-05169-RRC-LHK-EMC <br><br> **ORDER DISMISSING CASES FOR LACK OF JURISDICTION** |

Before:    RICHARD R. CLIFTON, United States Circuit Judge
               LUCY H. KOH, United States District Judge
               EDWARD M. CHEN, United States District Judge

PER CURIAM.

      On October 22, 2020, we granted Plaintiffs' motion for partial summary judgment and

denied Defendants' motion to dismiss, or in the alternative, motion for partial summary judgment. *City of San Jose v. Trump*, 20-cv-05167, ECF No. 101; *State of California v. Trump*, 20-cv-05169, ECF No. 82. The same day, final judgment was entered for Plaintiffs and against Defendants. *City of San Jose*, ECF No. 102; *State of California*, ECF No. 83.

On January 4, 2021, we received a certified copy of the United States Supreme Court's December 28, 2020 order in the above captioned cases. *City of San Jose*, ECF No. 112; *State of California*, ECF No. 93. The Supreme Court has vacated the judgments and remanded the cases "with instructions to dismiss for lack of jurisdiction." *City of San Jose*, ECF No. 112 at 1; *State of California*, ECF No. 93 at 1.

Accordingly, we dismiss the above captioned cases for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: January 7, 2021

_____/s/_____
RICHARD R. CLIFTON
United States Circuit Judge

_____/s/_____
LUCY H. KOH
United States District Judge

_____/s/_____
EDWARD M. CHEN
United States District Judge