**FILED**

JAN 21 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

STATE OF CALIFORNIA; et al.,

    Plaintiffs-Appellees,

v.

DONALD J. TRUMP; et al.,

    Defendants-Appellants.

No. 20-17105

D.C. No. 5:20-cv-05169-LHK
Northern District of California,
San Jose

ORDER

Appellants' unopposed motion for voluntary dismissal of this appeal (Docket Entry No. 10) is granted. This appeal is dismissed.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Taylor
Deputy Clerk
Ninth Circuit Rule 27-7

AT/MOATT